No. 77–6080. BILLINGSLEY ET AL. *v.* SEIBELS, MAYOR OF BIRMINGHAM, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6081. WILLIAMS *v.* LEEKE, CORRECTIONS DIRECTOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6082. TURNER *v.* TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 77–6085. MOORE ET AL. *v.* COWAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 77–6089. TYLER *v.* GOINS, SHERIFF. C. A. 8th Cir. Certiorari denied.

No. 77–6091. STEVENSON *v.* YOUNG, ACTING PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 77–6093. RAITPORT *v.* GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–6096. WALLOE *v.* CUYLER, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 77–6099. CONOVER *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6102. ROCCA *v.* GROOMES, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–6108. SAYLES *v.* HAYWOOD, JUDGE, ET AL. Ct. App. D. C. Certiorari denied.

No. 77–6112. ANDERSON ET UX. *v.* WATERTOWN SAVINGS BANK ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–6113. HEFLIN *v.* OREGON. Ct. App. Ore. Certiorari denied.